**No. 69433.**—Carlos Aschner & Co. *v.* United States, protest 305618–K (Boston).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (51 C.C.P.A. 1, C.A.D. 827), the claim of the plaintiff was sustained as to 50 percent of the merchandise and dismissed as to the balance.